UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAY G. KIMPEL,

               Plaintiff,

    v.

BRUK,

               Defendant.

CASE NO. C25-0486 BHS

ORDER

THIS MATTER is before the Court Magistrate Judge Michelle L. Peterson's Report and Recommendation (R&R), Dkt. 6, recommending the Court dismiss pro se plaintiff Jay Kimpel's proposed amended complaint, Dkt. 5 without prejudice, and deny his application to proceed *in forma pauperis*, Dkt. 1, as moot. Kimpel purports to sue a private security guard under 42 U.S.C. § 1983 for punching him during a Home Depot shoplifting incident. Dkt. 5. The R&R correctly concludes that Kimpel has not plausibly alleged that Bruk is a state actor for purposes of § 1983. Dkt. 6 at 2.

A district judge must determine de novo any part of a magistrate judge's proposed disposition *to which a party has properly objected*. It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The

1  district judge may accept, reject, or modify the recommended disposition; receive further

2  evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P.

3  72(b)(3). A proper objection requires "specific written objections to the proposed

4  findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

5       Kimpel has not objected to the R&R, and it is not clearly erroneous or contrary to

6  law. The R&R is **ADOPTED**, Kimpel's application to proceed *in forma pauperis* is

7  **DENIED**, and this matter is **DISMISSED** without prejudice and without leave to

8  amend. The Court will not permit Kimpel to appeal *in forma pauperis*.

9       The Clerk shall enter a JUDGMENT and close the case.

10      Dated this 13th day of May, 2025.

11

12

13                            BENJAMIN H. SETTLE
                              United States District Judge

14

15

16

17

18

19

20

21

22

ORDER - 2